UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

JOHN FASUSI,            Case No. 19-13288-BFK
                                          Chapter 7
       Plaintiff,            Adversary Proceeding No. 19-01122-BFK

v.

GABY A. TOUMA

       Defendant.

### Plaintiff's Initial Disclosures under Federal Rule of Civil Procedure 26(a)

1. Under Rule 26(a)(1)(A), the names, addresses and telephone numbers of each individual likely to have discoverable information that Plaintiff may use to support his claims or defenses:

A.    Name:       JOHN FASUSI
      Address:    c/o Thomas R Breeden
                     Thomas R. Breeden, P.C.
                     10326 Lomond Drive
                     Manassas VA 20109
                     Telephone: (703) 361-9277

                     Has knowledge of all aspects of this matter

B.    The Defendant, Gaby A. Touma
C.    Representatives of GN Auto, LLC

2. Under Rule 26(a)(1)(A), the subjects of the discoverable information known by the above individuals:

    A.    JOHN FASUSI: Plaintiff has knowledge of facts alleged in the pleadings, as well as her damages.

    B.    Unknown Agents of Defendant: Upon receipt of Defendant's Rule 26(a) disclosures and responses to discovery, Plaintiff may learn the identity of additional agents of Defendant that may elicit testimony to be used by Plaintiff.

    C.    Unknown Agents of GN Auto, LLC: Upon receipt of Defendant's Rule 26(a) disclosures and responses to discovery, Plaintiff may learn the identity of additional agents of GN Auto, LLC that may elicit testimony to be used by Plaintiff.

    D.    Expert Testimony as Needed: Plaintiff may seek to use expert testimony, but at this time have not retained or consulted with any experts. Plaintiff will supplement this disclosure once an expert has been retained.

3.    Under Rule 26(a)(1)(B), Plaintiff set forth the following categories of documents, data compilations, and tangible items in his possession, custody or control that they may use to support his claims or defenses:

1. Arbitration Award dated October 10, 2017
2. Complaint in Fairfax County Case Number 2016-13918
3. Fasusi's Arbitration Complaint against Touma and GN Auto, LLC
4. Motion to impose judgment (Confirm arbitration award) filed in Fairfax County Case Number 2016-13918
5. Virginia Supreme Court's August 1, 2019 ruling for Record No 180642.
6. Advertisement
7. Buyers Order
8. Retail Installment Contract
9. Buyers Guide
10. Cars Protection Plus contract
11. NADA for 1998 Mercedes Benz E Class
12. Motor Vehicle Dealer Board Records related to March 15, 2017 decision on disciplinary action against Gaby Touma
13. Loudoun County General District Court Criminal Records related to Gaby Touma's June 9, 2015 convictions of violating Virginia Code §46.201542
14. Loudoun County General District Court Criminal Records related to Gaby Touma's December 13, 2016 convictions of

        violating Virginia Code §46.2-1544

15. All documents produced by Defendant.

4. Under Rule 26(a)(1)(C), Plaintiff produces the following computation of damages claimed, and makes available for inspection and copying under Rule 34 any non-privileged documents or other evidentiary materials on which these computations are based:

The Plaintiff seeks $19,761.00 actual damages, tripled to $59,013.00; punitive damages of $50,000.00, attorney fees of $10,810.00 and court costs of $453.72 as set forth in the Arbitration Award dated October 10, 2017, and for such other and further relief as this Honorable Court deems appropriate.

Dated: February 4, 2020

                                        Respectfully served,

                                        JOHN FASUSI
                                        By Counsel

/s/    Thomas R. Breeden
Thomas R. Breeden, Esq. (VSB #33410)
THOMAS R. BREEDEN, P.C.
10326 Lomond Drive
Manassas, Virginia  20109
(703) 361-9277 Telephone
(703) 337-0441 Facsimile
trb@tbreedenlaw.com
Counsel for Plaintiff

Certificate of Service

I hereby certify that on February 4, 2020 the Initial Disclosures were served by email and via the CM/ECF system to:

Thomas K. Plofchan, Jr, Esquire
Jacqueline A. Kramer, Esquire
Westlake Legal Group 46175 Westlake Drive, # 320

    Sterling, Virginia 20165
    Counsel for Defendant

    Janet M. Melburger
    The Melburger Law Firm, P.C.
    1493 Chain Bridge Road, Suite 201
    McLean, VA 22101-5726
    Trustee

    /s/    Thomas R. Breeden
    Thomas R. Breeden